# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DONALD S. STAPLES, )<br>)<br>Plaintiff )<br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant ) | Civil No. 09-440-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 18) filed June 29, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **VACATED** and the case **REMANDED** for further proceedings consistent herewith.

                                                /s/ George Z. Singal
                                                United States District Judge

Dated this 19th day of July, 2010.